# EXHIBIT 5

## Chart of Infringing Products

| Test Order Date | Seller Nickname | ASIN |
|---|---|---|
| 8/1/2014 | Anardark | B002P8YW54 |
| 8/1/2014 | CountYer | B002P8YW54 |
| 8/15/2014 | OnlyChef | B002P8YW54 |
| 8/15/2014 | TeviandTed | B001DYDAEK |
| 8/15/2014 | The Fifth Ave | B001DYDAEK |
| 8/23/2014 | Irries | B002P8YW54 |
| n/a | Attmu | |
| 10/5/2014 | Travel Buddy | B002P8YW54 |
| 2/24/2015 | DiamondMindMarketing | B001DYDAEK |
| 3/2/2015 | TQ 2015 | B001DYDAEK/B002P8YW54 |
| 3/2/2015 | TQ 2015 | B00SGZEZ30 |
| 3/6/2015 | Cindy's International Store | B001DYDAEK |
| 5/15/2015 | woogoing | B001DYDAEK |
| 6/11/2015 | Batlow | B001DYDAEK/B002P8YW54 |
| 6/11/2015 | houmian | B00YA3CCN6 |
| 6/11/2015 | nonorabbit | B0YHKM5AM |
| 6/11/2015 | Red Fire | B00YE9FM60 |
| 6/11/2015 | woogoing | B00Y7Y2UWQ |
| 6/12/2015 | DiamondMindMarketing | B00X2UI7KO |
| 6/21/2015 | Fashion Front | B002P8YW54 |
| 7/1/2015 | Amazon Warehouse Deals Inc. | B00X2UI7KO |
| 7/8/2015 | SportsmaxUSA | B010LVHG7C |
| 7/17/2015 | Amazon Warehouse Deals Inc. | B00X2UI7KO |
| n/a | DiamondMindMarketing | B001DYDAEK |
| n/a | DiamondMindMarketing | B00X2UI7KO |
| 8/19/2015 | lixaiojing | B001DYDAEK/B002P8YW54 |
| 9/21/2015 | Artshall | B001DYDAEK |
| 12/5/2015 | iResources | B014KN94G8 |
| 3/16/2016 | XUEWENWA | B001DYDAEK/B002P8YW54 |