# EXHIBIT 6

February 27, 2015

Order ID:  113-1573928-2593000

Amazon Seller Nickname: "DiamondMindMarketing"

The seller named above is selling counterfeit Travelrest through the Amazon marketplace. They are violatiing our utility patent, design patent, and brand trademark by offering such product for sale. A "test buy" has been made and proof of violation is evidenced in attached images.


left: counterfeit travelrest in box
right: genuine travelrest in clamshell package





left: counterfeit with beach ball valve
right: genuine travelrest with large travelrest valve



**Seller: Batlow**
**Order #: 115-9079507-3051448**
**Order Date: 6/11/15 for ASIN: B001DYDAEK**



12/9/15

Order ID:  107-2890319-4369810
ASIN: B014KN94G8
Amazon Seller Nickname: "iResources"

The seller named above is selling counterfeit Travelrest through the Amazon marketplace. They are violatiing our
utility patent, design patent, and brand trademark by offering such product for sale. A "test buy" has been made
and proof of violation is evidenced in attached images. Seller created their own pillow  directions yet failed
to remove faux "travelrest" directions from factory. Seller is trying to white label a knock off.






July 3, 2015

Order ID:  115-3665939-3648200

Amazon Seller Nickname: "Amazon Warehouse Deals; Warehouse Deals, Inc"

The seller named above is selling counterfeit Travelrest through the Amazon marketplace. They are violatiing our utility patent, design patent, and brand trademark by offering such product for sale. A "test buy" has been made and proof of violation is evidenced in attached images.

